# United States of America
## United States Patent and Trademark Office

# Deer Camp

**Reg. No. 5,035,248**

**Registered Sep. 06, 2016**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

Anthony M. T. Majewski (UNITED STATES INDIVIDUAL)
13335 15 Mile Road, Suit 255
Sterling Heights, MI 48312

CLASS 30: Artificial coffee; Artificial coffee and tea; Beverages made of coffee; Beverages with a coffee base; Caffeine-free coffee; Chicory and chicory mixtures; all for use as substitutes for coffee; Chicory based coffee substitute; Chocolate bark containing ground coffee beans; Chocolate covered roasted coffee beans; Coffee; Coffee and artificial coffee; Coffee and coffee substitutes; Coffee and tea; Coffee based beverages; Coffee beans; Coffee beverages with milk; Coffee capsules containing coffee for brewing; Coffee essences; Coffee essences for use as substitutes for coffee; Coffee extracts; Coffee extracts for use as substitutes for coffee; Coffee flavored syrup used in making food beverages; Coffee pods; Coffee substitutes; Coffee substitutes; Coffee-based beverage containing milk; Coffee-based beverages; Coffee-based beverages containing ice cream (affogato); Coffee-based iced beverages; Coffee-based snack foods; Green coffee; Ground coffee beans; Iced coffee; Instant coffee; Mixtures of coffee and chicory; Prepared coffee and coffee-based beverages; Roasted coffee beans; Sugar-coated coffee beans; Unroasted coffee; Organic coffee; Fair Trade coffee

FIRST USE 11-3-2015; IN COMMERCE 11-3-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-854,760, FILED 12-19-2015
GISELLE MARIE AGOSTO, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office