


# About Our Coffee

Choosing the best roasters, the highest quality Arabica coffee beans from around the world, and our roasting process, we feel our coffee bean selections create a smoother cup of coffee.  To prove this, we constantly taste test to guarantee our superior flavors.

Our coffee including flavors are offered in both caffeinated and naturally decaffeinated.  Our flavors use only the finest flavoring oils naturally or artificially.

Our decaffeinated coffees go through the natural Swiss Water® decaffeination process.  Swiss Water decaffeinated coffee process uses the elements of water, temperature and time to create some of the most intriguing decaf coffees.  Once completed the coffee is 99.9% caffeine free.



Our coffee beans are roasted in a fluid bed roaster or some refer to it as an air roaster.  Instead of using a drum to tumble and roast the beans, our machine uses hot air in the chamber levitating and roasting the beans, similar to a hot air popcorn popper.  The machine does not scorch or burn the delicate coffee beans since our chamber walls are no hotter than the beans, producing a much better tasting coffee experience.

Our licensing partnership with REALTREE® has allowed us to create unique coffee bag packaging designs attractive not only on retail shelves but also at camp or at home.  We are confident your customers will love.... DEER CAMP COFFEE®.



Coming Soon...

- Fair Trade/Organic Coffee
- Seasonal Theme
- Premium Flavor Coffee
- Specialty Coffees
- Espresso
- French Roast

*Light*

COFFEE

Deer Camp Coffee® The Cabin™ is a bright but balanced, clean and refreshing blend giving you the home away from home tastes and feelings.  Cabins have a very long history and are often associated with first generation homes built by settlers with little and simple amenities.  Made with 100% Arabica gourmet coffee beans this light roast is a delightful morning blend reminiscing times spent at the cabin.

## THE CABIN™

12 OZ. MSRP: $10.95 ($0.91/OZ.)

**Deer Camp Coffee® "The Cabin"** is a propriety blend, lightly roasted to perfection. Featuring **REALTREE XTRA® Green** on each package.



| | Caffeinated | Caffeinated |
|---|---|---|
| Bean | Whole | Ground |
| Weight | 12 oz (340g) | 12 oz (340g) |
| Units/Case | 6 | 6 |
| Box Size | 5.5" x 11" x 8.5" | 5.5" x 11" x 8.5" |
| Case Weight | 5.1 lbs. | 5.1 lbs. |
| Pallet Count | 72 | 72 |
| UPC | 685239662719 | 685239662832 |
| Item# | DC12TCCWB | DC12TCCGR |

RealTree APG-XTRA Camouflage design ©2012 of Jordon Outdoor Enterprises, Ltd.  All Right Reserved.

**COFFEE**

*Medium*

Deer Camp Coffee® Opening Day™ is about the opportunity to spend time together with family and friends. Each package starts with preparation and anticipation of our delicious rich aromas for the perfect cup. Our coffee beans are roasted for consistent tastes and flavors. Like deer camp, it's the rituals and camaraderie unlike any other time of year. From packing, setting up camp, the delicious meals, storytelling, to the first sip of morning coffee, and the fresh scent of dawn on "Opening Day" …times remembered.

# OPENING DAY™
12 OZ. MSRP: $10.95 ($0.91/OZ.)

**Deer Camp Coffee® "Opening Day"** is a propriety blend of Central American and Indonesian coffee beans, medium roasted to perfection. Featuring **REALTREE XTRA® Green** on each package.



|  | Caffeinated | Caffeinated | Decaffeinated | Decaffeinated |
|---|---|---|---|---|
| Bean | Whole | Ground | Whole | Ground |
| Weight | 12 oz (340g) | 12 oz (340g) | 12 oz (340g) | 12 oz (340g) |
| Units/Case | 6 | 6 | 6 | 6 |
| Box Size | 5.5" x 11" x 8.5" | 5.5" x 11" x 8.5" | 5.5" x 11" x 8.5" | 5.5" x 11" x 8.5" |
| Case Weight | 5.1 lbs. | 5.1 lbs. | 5.1 lbs. | 5.1 lbs. |
| Pallet Count | 72 | 72 | 72 | 72 |
| UPC | 685239662931 | 685239662948 | 685239662955 | 685239662962 |
| Item# | DC12ODCWB | DC12ODCGR | DC12ODDWB | DC12ODDGR |

RealTree APG-XTRA Camouflage design ©2012 of Jordon Outdoor Enterprises, Ltd. All Right Reserved.

*Dark*

COFFEE

Deer Camp Coffee® The Rut is one of our strongest, most sought after, and greatest tasting coffee blends you'll ever drink.  It has a bold, dominant, smooth finish.  Inspired from the crisp days of early autumn where white-tailed deer begin preparing for the upcoming breeding season.  Bucks are busy sparring with each other, rubbing trees, and creating scrapes.  Made with 100% Arabica gourmet coffee beans this dark roast will awaken those mature buck senses.

# THE RUT™
12 OZ. MSRP: $10.95 ($0.91/OZ.)

**Deer Camp Coffee® "The Rut"** is a propriety blend, dark roasted to perfection.
Featuring **REALTREE XTRA® Green** on each package.



|  | Caffeinated | Caffeinated |
|---|---|---|
| Bean | Whole | Ground |
| Weight | 12 oz (340g) | 12 oz (340g) |
| Units/Case | 6 | 6 |
| Box Size | 5.5" x 11" x 8.5" | 5.5" x 11" x 8.5" |
| Case Weight | 5.1 lbs. | 5.1 lbs. |
| Pallet Count | 72 | 72 |
| UPC | 685239662702 | 685239662849 |
| Item# | DC12TRCWB | DC12TRCGR |

RealTree APG-XTRA Camouflage design ©2012 of Jordon Outdoor Enterprises, Ltd.  All Right Reserved.

**COFFEE**

*Flavored*

Deer Camp Coffee® Deer Tracks Hazelnut™ will tantalize your senses and arouse your passion with our popular flavored premium coffee choice. When you look at deer tracks through a careful eye, you'll notice a deer has a cloven hoof with a split heart shape. The size varies greatly by region and from subspecies too. Made from 100% Arabica gourmet coffee beans our medium roasted is a flavored coffee with a rich, nutty flavor of fresh hazelnut energizing you to continue search for those Deer tracks.

# DEER TRACKS HAZELNUT™

12 OZ. MSRP: $10.95 ($0.91/OZ.)

**Deer Camp Coffee® "Deer Tracks"** is a rich nutty flavor of fresh hazelnut flavored coffee, medium roasted to perfection. Featuring **REALTREE XTRA® COLORS™** on each package.



|  | Caffeinated | Caffeinated |
|---|---|---|
| Bean | Whole | Ground |
| Weight | 12 oz (340g) | 12 oz (340g) |
| Units/Case | 6 | 6 |
| Box Size | 5.5" x 11" x 8.5" | 5.5" x 11" x 8.5" |
| Case Weight | 5.1 lbs. | 5.1 lbs. |
| Pallet Count | 72 | 72 |
| UPC | 685239662726 | 685239662856 |
| Item# | DC12DTCWB | DC12DTCGR |

RealTree APG-XTRA Camouflage design ©2012 of Jordon Outdoor Enterprises, Ltd. All Right Reserved.

*Flavored*

COFFEE

Deer Camp Coffee® Blaze Orange Pumpkin Spice™ flavored coffee celebrates one the most recognized colors during deer hunting season.  One of our most popular flavors, Blaze Orange Pumpkin Spice™, has a vivid and bright unmistakable pumpkin aroma with a delicious flavor of spices.  Made with 100% Arabica gourmet coffee beans this medium roast will bring warmth with reminders of autumn days.

# BLAZE ORANGE PUMPKIN SPICE™
12 OZ. MSRP: $10.95 ($0.91/OZ.)

**Deer Camp Coffee® "Blaze Orange Pumpkin Spice™"** is a propriety blend of pumpkin aroma with a delicious flavor of sprices, medium roasted to perfection.  Featuring **REALTREE XTRA® Green** on each package.



|  | Caffeinated | Caffeinated |
|---|---|---|
| Bean | Whole | Ground |
| Weight | 12 oz (340g) | 12 oz (340g) |
| Units/Case | 6 | 6 |
| Box Size | 5.5" x 11" x 8.5" | 5.5" x 11" x 8.5" |
| Case Weight | 5.1 lbs. | 5.1 lbs. |
| Pallet Count | 72 | 72 |
| UPC | 685239662733 | 685239662863 |
| Item# | DC12BOCWB | DC12BOCGR |

RealTree APG-XTRA Camouflage design ©2012 of Jordon Outdoor Enterprises, Ltd.  All Right Reserved.

**Holiday/Seasonal Coming Soon!**

COFFEE

Our Holiday Coffee selections are known to fill your home with the aroma of holiday cheer! Made with 100% authentic Arabica beans, the flavorful taste will leave an impression on you and your seasonal guests. Weather your talking about your next "Holiday Hunt" or purchasing our coffee as a gift, Deer Camp Coffee will truly serve up delicious memories!

# Holiday Hunt™

12 OZ. MSRP: $10.95 ($0.91/OZ.)

**Deer Camp Coffee® "Holiday Hunt"** is a blend of hazelnut and chocolate naturally flavored coffee, medium roasted to perfection. Featuring **REALTREE XTRA® COLORS™** on each package.



| | Caffeinated | Caffeinated | Decaffeinated | Decaffeinated |
|---|---|---|---|---|
| Bean | Whole | Ground | Whole | Ground |
| Weight | 12 oz (340g) | 12 oz (340g) | 12 oz (340g) | 12 oz (340g) |
| Units/Case | 6 | 6 | 6 | 6 |
| Box Size | 5.5" x 11" x 8.5" | 5.5" x 11" x 8.5" | 5.5" x 11" x 8.5" | 5.5" x 11" x 8.5" |
| Case Weight | 5.1 lbs. | 5.1 lbs. | 5.1 lbs. | 5.1 lbs. |
| Pallet Count | 72 | 72 | 72 | 72 |
| UPC | 685239662498 | 685239662504 | 685239662511 | 685239662528 |
| Item# | DC12HHCWB | DC12HHCGR | DC12HHDWB | DC12HHDGR |

REALTREE XTRA COLORS WITH ANTLERS Camouflage Pattern ©2015 of Jordon Outdoor Enterprises, Ltd. All Right Reserved.

*Mugs*

**GLASSWARE**

# BISTRO MUG
16 OZ. MSRP: $9.95

Enjoy coffee in our signature logo Deer Camp Coffee 16 oz. bistro style wide body drinking mug.  Great glassware for your deer camp too.  The ceramic mugs have a smooth molded ceramic composite and a glossy vibrant color exterior finish.  They are perfect for hunting camps, cabins, coffee shops, homes, restaurants, diners, stores, gifts and promotional giveaways.  People love to enjoy drinking coffees, teas or hot cocoas in these mugs.

-Smooth molded ceramic composite.
-Glossy vibrant color exterior finish.
-High curved grip for easy grab-n-go
  handling.
-Recommended hand wash.



| | GLASSWARE |
|---|---|
| Dimensions | 4.1" H x 3.9" Rim x 2.1" W |
| Weight | .84 lbs. |
| Units/Case | 36 |
| Box Size | 19" x 14.5" x 15.75" |
| Case Weight | 30.36 lbs. |
| Pallet Count | 18 |
| UPC | 685239662474 |
| Item# | DCC16BMUG |



Manufactured exclusively for



13335 15 Mile Road, Suite 255
Sterling Heights, MI 48312
Phone: 888-568-2788
Fax: 586-275-2295
Sales@BuckBaits.com
www.BuckBaits.com



©2018 Buck Baits, LLC. All Rights Reserved | Deer Camp Coffee® is a registered trademark of Buck Baits, LLC
REALTREE® is a registered trademark of Jordan Outdoor Enterprises, Ltd. | Made in the U.S.A.