**DEER CAMP® Primary Logo**

**Upper Hand DEER CAMP Primary Logo**









# Brand Colors/Graphic Elements

| **DEER CAMP®** | **Upper Hand - DEER CAMP** |
|---|---|
| **Animal Elements**<br>Use of cervid animal "deer" elements predominantly displayed on packaging. | **Animal Elements**<br>Use of cervid animal "deer" elements predominantly displayed on packaging. |
| **Dominant Elements**<br>The following elements have greater visual weight.  It exerts force of what is around it.  The following dominant elements on the packaging include, but not limited to; circles, rectangles, squares, stars, outlines, rounded corners, size, texture, saturation, contrast, orientation, white space, perceived weight, focal points.<br><br>The name DEER CAMP prominently placed in all upper-case letters. | **Dominant Elements**<br>The following elements have greater visual weight.  It exerts force of what is around it.  The following dominant elements on the packaging include, but not limited to; circles, rectangles, squares, stars, outlines, rounded corners, size, texture, saturation, contrast, orientation, white space, perceived weight, focal points.<br><br>The name DEER CAMP prominently placed in all upper-case letters. |

## Accent and Core Colors
Core colors with accent earth tone colors.



Orange — HEX: #F05A26
Black — Hex: #000000
White — Hex: #FFFFFF
Accent Color — Hex: #8C806A
Accent Color — Hex: #875836
Accent Color — Hex: #D9B550

## Accent and Core Colors
Core colors with accent earth tone colors.



Orange — HEX: #E87524
Black — HEX: #000000
White — HEX: #FFFFFF
Accent Color — HEX: #8E8871
Accent Color — HEX: #943C1A
Accent Color — Hex: #F1E6B2

## Typography

Similar Font style and size
Font type: Langdon Shadow
Is a bold, compressed San Serif, drop shadow font.
All capitalized lettering and contoured.
DEER CAMP font uses black.  Font colors on packaging use black, white, and orange.

## Typography

Similar Font style and size
Font type: Unknown San Serif style
Is a bold, compressed San Serif style, drop shadow font.
All capitalized lettering and contoured
DEER CAMP font uses black.  Font colors on packaging use black, white, and orange.

# Brand Colors/Graphic Elements

## DEER CAMP®

### Hunting Elements

Rifle scope sight aimed at a trophy buck.  Rifle bullets with speeding smoke trail aimed at trophy buck.



## Upper Hand - DEER CAMP

### Hunting Elements

Rifles, scope, trophy buck.



### Graphic Elements

#### Deer Ears
Two deer ears next to antlers.



### Graphic Elements

#### Deer Ears
Two deer ears next to antlers.



# Brand Colors/Graphic Elements

| DEER CAMP® | Upper Hand - DEER CAMP |
|---|---|
| **Graphic Elements**<br><br>Dominant Shape<br>Black stroke on circle with black silhouette graphic element.<br><br> | **Graphic Elements**<br><br>Dominant Shape<br>Black stroke on circle with black silhouette graphic element.<br><br> |
| Deer Antlers<br>Total eight deer tines. Four deer tines on each side.<br><br> | Deer Antlers<br>Total eight deer tines. Four deer tines on each side.<br><br> |
| **Basic Shapes**<br>Stars<br>Solid colored stars with same number of points and internal radius style.<br><br> | **Basic Shapes**<br>Stars<br>Solid colored stars with same number of points and internal radius style.<br><br> |
| Archery Arrows<br>Five archery arrows extending outward.<br><br> | Archery Arrows<br>Five archery arrows extending outward.<br><br> |

# Brand Colors/Graphic Elements

| **DEER CAMP®** | **Upper Hand - DEER CAMP** |
|---|---|
| **Graphic Elements** | **Graphic Elements** |
| **Basic Shapes**<br>Rectangle<br>Product type shape predominantly featured, outlined, and font type color is white.<br> | **Basic Shapes**<br>Rectangle<br>Product type shape predominantly featured, outlined, and font type color is white.<br> |
| **Background Design**<br>Creative Background Pattern<br><br>3D Camouflage<br><br><br>Vector based graphic paths of trees, limbs, branches, leaves, bark, and brush to make a camouflage illustration. Use of shadows rendered, fill style, color and contrast are similar styles used.<br>Jordan Outdoor Enterprises, Ltd, Realtree® licensed camouflage patterns are featured on packaging. | **Background Design**<br>Creative Background Pattern<br><br>3D Camouflage<br><br>Vector based graphic paths of trees, limbs, branches, leaves, bark, and brush to make a camouflage illustration. Use of shadows rendered, fill style, color and contrast are similar styles used. |
| **Product Size**<br>12 FL OZ. | **Product Size**<br>12 FL OZ. |

# Brand Colors/Graphic Elements

## DEER CAMP®

**Typography/Layout Positioning**

Type and Objects
Elements have raised effects from background.  Not a flat design.

Placement of key elements of object and words from top to bottom.
Top Placement: Dominant shape - Circle
Middle Placement: Typography arrangement - DEER
Bottom Placement: Typography arrangement - CAMP

The circle shape appears above the word DEER.
The word DEER appears above the word CAMP.



## Upper Hand - DEER CAMP

**Typography/Layout Positioning**

Type and Objects
Elements have raised effects from background.  Not a flat design.

Placement of key elements of object and words from top to bottom.
Top Placement: Dominant shape - Circle
Middle Placement: Typography arrangement - DEER
Bottom Placement: Typography arrangement - CAMP

The circle shape appears above the word DEER.
The word DEER appears above the word CAMP.

