UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Buck Baits LLC et al.

        Plaintiff(s),          Case No. 1:20-cv-00049

v.

Bell's Brewery, Inc.

        Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,     __Buck Baits LLC__
(Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 1/20/2020

(Signature)
Zachary V. Moen (P72029)
Attorney for Plaintiffs
455 East Eisenhower Parkway, Suite 300
Ann Arbor, Michigan 48108
Phone: (734) 794-3070
zak@zvmlaw.com